UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In Re:

MS. Z HOLDINGS, LLC.,　　　　　　　　　Case No. 18-51917

　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　Debtor.
_____/　　　　　　Hon. Marci McIvor

## MICHIGAN DEPARTMENT OF TREASURY'S OBJECTION TO DEBTOR'S COMBINED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

The State of Michigan Department of Treasury (Treasury) through its attorneys Dana Nessel, Attorney General, and Moe Freedman, Assistant Attorney General, objects to the proposed plan modification as follows:

1. Debtor filed its petition under Chapter 11 of the Bankruptcy Code on August 28, 2018.

2. Treasury filed a proof of claim in this case that consists of a secured claim in the amount of $43,003.60, a priority claim in the amount of $282,399.19 and a general unsecured claim in the amount of $57,453.40

3. Debtor's plan fails to mention Treasury's secured claim.

4. It appears that the plan adds the amount of Treasury's secured claim to the general unsecured claim amount and gives it the same treatment as that portion of the claim.

5. A large portion of the secured claim, however, are for taxes that are entitled to priority treatment under section 507(a)(8) of the Bankruptcy Code.

6. Treasury objects to this treatment of its secured claim.

7. Treasury additionally objects to the Treatment of the priority portion of its claim, which must be paid at the effective date or over 5 years of the petition date with interest at the governmental rate, currently 5.41% MCL 205.23(2)

WHEREFORE, it is prayed that this court deny confirmation of the Debtor's plan and that the State of Michigan, Department of Treasury, be granted such relief as is just and proper.

Respectfully submitted,

Dana Nessel
Attorney General

/s/ Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
3030 W. Grand Blvd., Ste 10-200
Detroit, MI 48202
Phone: (313) 456-0140

Dated: March 6, 2019