UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Ms. Z Holding LLC,
d/b/a Union Street, f/k/a
Union Street Detroit, LLC,

　　Debtor.

Case No.: 18-51917-mbm
Chapter 11
Hon. Marcie B. McIvor

_____/

## ORDER DISMISSING CHAPTER 11 CASE

This matter having come before this Honorable Court based upon the Motion of the Michigan Unemployment Insurance Agency to dismiss the above-entitled proceeding. Notice was properly served upon the Debtor. For the reason stated from the bench, and the Court being sufficiently advised in the premises:

IT IS ORDERED that this case is DISMISSED.